

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2019

No. 04-19-00759-CV

**IN THE INTEREST OF Z.L.M.C, A CHILD**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01569
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

In the underlying suit to terminate the parent-child relationship, Appellant sought a court order for pretrial genetic testing. *See* TEX. FAM. CODE ANN. § 161.005(c); *In re C.E.*, 391 S.W.3d 200, 203 (Tex. App.—Houston [1st Dist.] 2012, no pet.). After a hearing, on September 5, 2019, the trial court signed the order which denied the motion and dismissed the suit; the trial court did not order the parent-child relationship terminated.

Appellant filed a request for findings of fact and conclusions of law on September 25, 2019, and a notice of appeal on October 23, 2019.

Because the notice of appeal appeared to be untimely for an accelerated appeal, on November 12, 2019, we ordered Appellant to show cause in writing how the notice of appeal was timely and this court has jurisdiction in this appeal.

Appellant's timely filed written response noted the change to Family Code section 109.002, effective September 1, 2017, that now applies accelerated appeal procedures to "a suit in which termination of the parent-child relationship *is ordered*," TEX. FAM. CODE ANN. § 109.002(a-1) (emphasis added), rather than the former statute which applied accelerated appeal procedures to "an appeal in which the termination of the parent-child relationship is *in issue*," *see* Act of April 29, 2011, 82d Leg., ch. 75, § 3, 2011 Tex. Gen. Laws 348, 349 (emphasis added).

Our November 12, 2019 show cause order is SATISFIED. The procedures for a regular appeal apply. *See* TEX. FAM. CODE ANN. § 109.002; TEX. R. APP. P. 26.1(a), 38.6.

Appellant's brief is due THIRTY DAYS from the date of this order.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2019.



Michael A. Cruz,
Clerk of Court